UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: J. CARUSO
DATE OF PROCEEDING: 02/23/2012

TITLE OF CASE:
UNITED STATES OF AMERICA
        vs.
CRIMINAL DOCKET #: 11-482(JAP)-01
ERIC LOGIUDICE, DEFENDANT PRESENT.

APPEARANCES:
David Malagold, Assistant United States Attorney
Timothy Donohue, Esquire for Defendant
Stacy Biancamano, Esquire for Defendant
David Haneke, U.S. Probation Officer

NATURE OF PROCEEDINGS:
DEFENDANT SENTENCED TO A TWO-COUNT INFORMATION.
SENTENCE: 18 months of imprisonment imposed on each count, to be served concurrently, along with certain recommendations to the Bureau of Prisons.
Ordered defendant to voluntarily surrender to the institution or U.S. Marshal's Service on 5/17/2012.
SUPERVISED RELEASE: 3 years on each count to run concurrently with special conditions.
PROBATION: N/A
FINE: Waived.
RESTITUTION: $402,719.50
SPECIAL ASSESSMENT: $100.00 per count; total: $200.00 (due immediately).
Defendant advised of his rights to appeal.
Ordered bail continued.

TIME COMMENCED: 11:00 a.m.
TIME ADJOURNED: 12:30 p.m.
TOTAL TIME: 1 hour & 30 minutes

                                        s/Dana Sledge
                                        Courtroom Deputy