# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

RECEIVED
APR 25 2012

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 11-00482 (JAP) |
| vs. | |
| ERIC LoGIUDICE, | ORDER |
| Defendant. | |

**THIS MATTER** having come before the Court on the application of defendant Eric LoGiudice (by Timothy M. Donohue, Esq., Arleo, Donohue & Biancamano, L.L.C.), for extension of his surrender date from May 17, 2012 to May 31, 2012; and the United States (by David Malagold, Assistant United States Attorney) consenting to the entry of the Order; and for good cause shown;

**IT IS** on this 25 day of April, 2012;

**ORDERED** that defendant Eric LoGiudice shall voluntarily surrender on May 31, 2012 on or before NOON to a facility designated by the Bureau of Prisons.

_____
Honorable Joel A. Pisano, U.S.D.J.