**ARLEO, DONOHUE & BIANCAMANO, L.L.C.**
ATTORNEYS AT LAW

Frank P. Arleo
Timothy M. Donohue
Stacy Ann Biancamano

Of Counsel:
Jo Ann K. Dobransky

622 Eagle Rock Avenue
West Orange, NJ 07052
Telephone: (973) 736-8660
Fax: (973) 736-1712

May 15, 2012

Honorable Joel A. Pisano
United States District Judge
Clarkson S. Fisher Federal Building
& United States Courthouse, Room 341
402 E. State Street
Trenton, New Jersey 08608

      Re: **United States vs. Eric LoGiudice**
         **Crim. No. 11-00482 (JAP)**

Dear Judge Pisano:

  As Your Honor is aware, this firm represents Eric LoGiudice in the above-captioned matter. Mr. LoGiudice was sentenced by the Court to an 18-month term of incarceration on February 23, 2012. He was scheduled to surrender to begin service of this sentence on May 17, 2012 at MDC Brooklyn. The Court previously granted a brief extension of Mr. LoGiudice's surrender date from May 17th to May 31st to enable Mr. LoGiudice to train Aidan Murray as the manager of his business and employees to oversee all work so that the business would survive during Mr. LoGiudice's incarceration.

  Unfortunately, on May 8th, 2012, Mr. Murray fractured his ankle and he will not be able to begin his training or assume managerial duties of NGA for at least 6 weeks. I have discussed the extension of Mr. LoGiudice's surrender date with AUSA Malagold and he has no objection to the extension of the date based on the above reasons until July 16th, 2012. We would respectfully ask the Court to grant our request.

  Thank you in advance for Your Honor's consideration in this matter

           Respectfully submitted,

           Stacy Ann Biancamano

SAB:to
cc: A.U.S.A. David Malagold
   Eric LoGiudice